UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA CASTRO,<br><br>    Plaintiff,<br><br>  v.<br><br>INDYMAC BANK; TRUST ONE MORTGAGE CORPORATION; QUALITY LOAN SERVICE CORPORATION; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. EDCV 09-379-VAP (SSx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Federal Deposit Insurance Corporation as the duly-appointed Conservator and Receiver for IndyMac Bank, F.S.B., is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: March 30, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28